Argued February 2, affirmed February 9, 1926.

## STATE *v.* JOSEPH WALDKIRSCH.

### (243 Pac. 89.)

### (No Syllabus.)

From Multnomah: ROBERT G. MORROW, Judge.

Department 1.

AFFIRMED.

For appellant there was a brief over the names of *Mr. H. F. McInturff* and *Mr. Paul C. Dormitzer,* with an oral argument by *Mr. McInturff*

For respondent there was a brief over the names of *Mr. Stanley Myers,* District Attorney, and *Mr. Clar-*

ence Beckman, Deputy District Attorney, with an oral argument by Mr. Beckman.

McBRIDE, C. J.—This is a companion case to the case of State of Oregon v. Freauff, and it is agreed that it shall take the same course and abide the event of the decision of the case of State of Oregon v. Freauff, ante, p. 214 (243 Pac. 87). It is therefore directed that the order of the Circuit Court in this case shall be affirmed.     AFFIRMED.

BURNETT, RAND and COSHOW, JJ., concur.